IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.   2:21cv14309

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

     Plaintiff,

v.

TONY TAYLOR a/k/a ANTHONY TAYLOR
a/k/a A-1 AUTO TRANSPORT, INC. a/k/a
AUTO TRANSPORT BROKER LEADS and
TAYLOR ONLINE MARKETING.COM, INC.

     Defendants.

_____

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendants Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads ("Taylor") and Taylor Online Marketing.com, Inc. ("Taylor Online Marketing") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.    Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2.    Taylor is an individual who is a citizen of California residing at 301 Peaceful Oaks Ln, Watsonville, CA 95076.

3.    Taylor Online Marketing is a corporation organized and existing under the laws of the State of California with its principal place of business located at 9032 Soquel Drive, Aptos, CA 95003. Taylor Online Marketing's agent for service of process is Tony Taylor, 9032 Soquel

Drive, Aptos, CA 95003.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendants because they maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.  Defendants conduct substantial and not isolated business in this State and regularly market/advertise to consumers in this State.  Defendants likewise maintain numerous agents in this State.

6.   This Court likewise has personal jurisdiction over Defendants pursuant to Fla. Stat. §§ 48.193(1)(a)(2) because they committed a tortious act within this state.  "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state.  Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida."  Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)). Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless

of where the offensive material was posted.") (collecting cases).

7.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district. "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.      Plaintiff's Business and History

8.      Plaintiff was created as a Florida corporation in June 2005.  Plaintiff's sole shareholder is Robert Stevens.

9.      For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

10.     Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

11.     Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Evert, and others).

12.     Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

13.     Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

14.     Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© Robert Stevens" to the bottom left corner thereof.  Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

## II.     The Work at Issue in this Lawsuit

15.     In 2009, Plaintiff created a professional, aerial photograph of the Jupiter Inlet in Jupiter, FL, titled "Jupiter Inlet 1 AAP 2009, Oct. 29, 2009" (the "Work"). Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 10-29, 2009 All Rights Reserved."  A copy of the Work is exhibited below:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



16.     The Work was registered by Plaintiff with the Register of Copyrights on July 07, 2015 and was assigned Registration No. VA 1-967-719.   A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

17.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

**III.     Defendants' Unlawful Activities**

18.     Per his www.linkedin.com profile, Taylor represents himself as being in the business of "online marketing."

19.     Taylor owns and operates an auto transport business from his offices in Aptos, CA under several fictitious names that are not registered to do business in any state.  These businesses include both (a) A-1 Auto Transport, Inc. and (b) Auto Transport Broker Leads.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

20.     A-1 Auto Transport, Inc. was formed as a Nevada corporation in in 1997 but had its certificate of formation permanently revoked in 2007.  A-1 Auto Transport, Inc. was registered in California as a foreign entity, but such registration was revoked in 2008.

21.     Although A-1 Auto Transport, Inc. is not registered to do business in any state, it has continued through the present date by falsely representing itself as an existing corporation located in California.

22.     A-1 Auto Transport, Inc. primarily markets its services through its website (https://www.a1autotransport.com) and various social media platforms (including Facebook, Twitter, etc.).

23.     According     to     the     A-1     Auto     Transport,     Inc.     website (https://www.a1autotransport.com/our-team/), Taylor (who is identified as the "President and Founder" of the company) "started A-1 Auto Transport when he purchased his first tow truck because he knew he could do it better. Over the last two decades, Tony has become an industry veteran and is an individual that many companies in this industry lean upon for his vast expertise. To this day, Tony is still active in the day-to-day operations of A-1, always stepping in to solve new challenges as they arise."

24.     Taylor is the sole shareholder of Taylor Online Marketing.  Per its website (https://tolm.co/), Taylor Marketing provides online marketing services and lead generation, primarily in the auto transport industry.

25.     Per its website (https://autotransportbrokerleads.com/), Auto Transport Broker Leads is "the biggest car shipping lead providers for over 7 years."  The Auto Transport Broker Leads' website refers to "Tony Taylor" and "Joe Webster" as its founders.

26.     Taylor and Taylor Online Marketing own, operate, control, and publish all content

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

to the A-1 Auto Transport, Inc. (https://www.a1autotransport.com), Taylor Online Marketing ((https://tolm.co/), and Auto Transport Broker Leads (https://autotransportbrokerleads.com/) websites.  All of these sites/businesses function as a single business entity (and all are operated from the same offices in Aptos, CA) that participates in two primary fields: (a) the transport of automobiles and (b) lead generation for other businesses engaged in the transport of automobiles.

27.     That Taylor Online Marketing is involved in the publishing/content of the www.a1autotransport.com website is evidenced by the copyright disclaimer on that site, stating: "Copyright © 1988 – 2021, Taylor Online Marketing.com, Inc – All Rights Reserved."

28.     Defendants regularly market their auto transportation services to consumers in Florida – indeed, they even have specific pages on their www.a1autotransport.com website dedicated exclusively to the shipment of vehicles to/from Florida.  These sub-pages include:

(a)     https://www.a1autotransport.com/florida-fl/;
(b)     https://www.a1autotransport.com/southwest-florida-auto-transport/;
(c)     https://www.a1autotransport.com/jupiter-motorcycle-shipping/;
(d)     https://www.a1autotransport.com/florida-moving/;
(e)     https://www.a1autotransport.com/shipping-a-motorcycle-from-ohio-to-florida-safely/;
(f)     https://www.a1autotransport.com/gathering-auto-transport-quotes-and-finding-the-right-transporter-in-florida/;
(g)     https://www.a1autotransport.com/purchasing-enclosed-auto-transport-in-florida/;
(h)     https://www.a1autotransport.com/find-the-right-professionals-for-boat-shipping-out-of-florida/;
(i)     https://www.a1autotransport.com/shipping-cars-overseas-from-florida/

29.     Defendants likewise maintain/publish *dozens* of sub-pages for individual counties (such as Miami-Dade and Broward) and individual cities/municipalities (such as Pembroke Pines, Tamarac, Vero Beach, Weston, Plantation, Sewall's Point, etc.).

30.     Each of these sub-pages invites consumers to fill out contact forms, request a

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

shipping quote, calculate shipping, etc. for purposes of using Defendants' auto transport services to/from Florida.

31.     Defendants likewise maintain numerous agents in Florida that Defendants utilize for shipping of automobiles/marine vessels to/from Florida.  These agents include You're your Car Now, LLC (located in Boca Raton, FL), Budget Auto Shipping (located in Miami, FL), CD Auto Transport (located in Miami, FL), The All American Transport Company (located in Miami, FL), Exclusive Auto Logistics (located in Miami, FL), etc.

32.     Upon information and belief, Defendant ships hundreds (if not thousands) of automobiles/marine vessels to/from Florida on an annual basis.

33.     On a date after Plaintiff's above-referenced copyright registration of the Work, Defendants published the Work on the A-1 Auto Transport, Inc. website (https://www.a1autotransport.com/jupiter-motorcycle-shipping/) in connection with Defendants' efforts to solicit consumers to utilize Defendants' motorcycle shipping services to/from Palm Beach County, FL:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



34.    The foregoing website was accessible and was in fact accessed (on numerous occasions) from multiple persons in the State of Florida.

35.    In publishing the Work on the https://www.a1autotransport.com website, Defendants significantly cropped the Work so as to remove Plaintiff's copyright management information. The remaining details of the photograph, however, unequivocally show the two photographs to be the same.  A true and correct copy of screenshots of Defendants' website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

36.    Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with the

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

aforementioned use or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendants on notice that the Work was not intended for public use.

37.     Defendants utilized the Work for commercial use – namely, in connection with their auto shipping and transportation services.

38.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in July 2021.  On July 5, 2021 (following Plaintiff's discovery), Plaintiff notified Defendant in writing of such unauthorized use.

39.     Because Defendants did not respond to the aforementioned infringement notice, Plaintiff (through undersigned counsel) attempted to contact Defendants telephonically prior to (and in a further attempt to avoid) the filing of this lawsuit.  On July 29, 2021, undersigned counsel spoke with who is believed to be Taylor (at 831-778-4529) with respect to the aforementioned infringement notice.  Taylor expressed no remorse for his actions, instead challenging that "real men file lawsuits rather than call and harass" and "if a lawsuit is filed," Plaintiff will assuredly "lose the case."

40.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT
### (All Defendants)

41.     Plaintiff re-alleges and incorporates paragraphs 1 through 40 as set forth above.

42.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

43.     Plaintiff owns a valid copyright in the Work, having registered the Work with the

Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

44.     "A-1 Auto Transport, Inc." falsely represents itself as an existing corporation doing business in California.  In reality, "A-1 Auto Transport, Inc." is a fictitious name utilized by Taylor and Taylor Online Marketing to conduct their auto transportation business from a single office in Aptos, CA.

45.     Taylor   and   Taylor   Online   Marketing   own   and   control   the www.a1autotransport.com website and all the sub-pages thereon, including the page on which the Work was published (https://www.a1autotransport.com/jupiter-motorcycle-shipping/).

46.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendants had access to the Work prior to their own reproduction, distribution, and public display of the Work on their own website.

47.     Defendants reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

48.     By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Defendants' own commercial purposes.

49.     Defendants' infringement was willful as they acted with actual knowledge or reckless disregard for whether their conduct infringed upon Plaintiff's copyright.  According to their multiple websites, Defendants employ copyright management information, stating on the www.a1autotransport.com website that "unless otherwise stated, A-1 Auto Transport and/or it's licensors own the intellectual property right for all material [on the A-1 Website]. All intellectual property rights are reserved."  Defendants likewise include a copyright disclaimer on the A-1 Auto

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Transport site as follows: "Copyright © 1988 – 2021, Taylor Online Marketing.com, Inc – All Rights Reserved."  Defendants likewise include a copyright disclaimer on the Auto Transport Broker Leads website (https://autotransportbrokerleads.com) as follows: "© 2021. All Rights Reserved."  Defendants likewise include a copyright disclaimer on the Taylor Online Marketing website (www.tolm.co) as follows: "My CMS © 2021.  All Rights Reserved."

50.      Defendants clearly understand that high-end real estate photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet.

51.      Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

52.      Plaintiff is entitled to recover its actual damages resulting from Defendants' unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of the Work, which amounts shall be proven at trial.

53.      Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

54.      Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendants' conduct.

55.      Defendants' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

a.  A declaration that Defendants have infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

### COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION
### (All Defendants)

56.  Plaintiff re-alleges and incorporates paragraphs 1 through 40 as set forth above.

57.  As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

58.  Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17 U.S.C. § 1202(b).

59.  Defendants committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

60.  If Defendants did not remove the copyright management information themselves,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Defendants caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

61.      As a direct and proximate result of Defendants' conduct in removing the foregoing copyright management information, Plaintiff has been damaged.

62.      Defendants' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Defendants.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

h.  A declaration that Defendants have violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

i.  A declaration that such violation is willful;

j.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

k.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

l.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

m.  Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

information removed; and

n.   For such other relief as the Court deems just and proper.


## COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT
### (Taylor)

63.   Plaintiff re-alleges and incorporates paragraphs 1 through 40 as set forth above.

64.   To the extent A-1 Auto Transport is licensed to do business, this count is plead in the alternative to Count I above.

65.   As evidenced above, A-1 Auto Transport, Inc. infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, publicly displaying, and removing copyright management information from the Work for its own commercial purposes.

66.   As the founder, President, and sole shareholder of A-1 Auto Transport, Inc., Taylor has the right and ability to control the infringing acts of A-1 Auto Transport, Inc., yet declined or failed to stop A-1 Auto Transport, Inc. from engaging in its infringing activity – indeed, Taylor is the individual who caused the infringement to occur.

67.   Taylor obtained a direct financial benefit from A-1 Auto Transport, Inc.'s infringing activities.  As the sole shareholder of A-1 Auto Transport, Inc., Taylor receives profit distributions therefrom and, upon information and belief, pays himself a salary therefrom.

68.    As a direct and proximate result of Taylor's vicarious copyright infringement, Plaintiff has been damaged.  See, e.g. Broad. Music, Inc. v. Evie's Tavern Ellention, Inc., No. 8:11-cv-2056-T-17TBM, 2011 U.S. Dist. LEXIS 137720, at *5-8 (M.D. Fla. Nov. 30, 2011).

**WHEREFORE**, Plaintiff demands judgment against Taylor as follows:

a.   An award of actual damages and disgorgement of profits as the Court deems proper or, at

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

b. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

c. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

d. Permanently enjoining Taylor, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Taylor, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

e. For such other relief as the Court deems just and proper.

### **Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: August 2, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq._____
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-719

**Effective Date of Registration:**
July 07, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2009 Photographs Including Tesoro Club, Esplande Grande, Ocean Trail, Resort at Singer Island and Others published Feb. 3, 2009 to Oct. 29, 2009; 44 photos

**Content Title:** Tesoro Club Night A 2009 AAP, Feb. 3, 2009; Esplanade Grande Boat 2009 AAP, Feb. 3, 2009; Ocean Trail Way pool 2 AAP 09, Feb. 8, 2009; Ocean Trail Way Lobby AAP 09, May. 8, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Tesoro Club Night A 2009 AAP, May. 14, 2009; Ocean Trail Way social room AAP 09, May. 8, 2009; Ocean Trail Way Gym 1 AAP 09, May. 8, 2009; Ocean Trail Way pool 1 AAP 09, May. 8, 2009; Ocean Trail Way Beach Stairs AAP 09, May. 8, 2009 Ocean Trail Beach Access AAP 09, May. 8, 2009; Ocean Trail Way Tennis AAP 09, May. 8, 2009; Jupiter Lighthouse Palm 2009 AAP, May. 8, 2009; Jupiter Lighthouse sunset D 2009 AAP. May. 8, 2009; Jupiter Lighthouse sunset AAP 2009, May. 8, 2009; Ocean Trail Full Moon 1 AAP 09, May. 8, 2009; Ocean Trail Full Moon 3 AAP 09, May. 8, 2009; Ocean Trail Full Moon 2 AAP 09, May. 8, 2009; Jupiter Lighthouse AAP 09, May. 8, 2009; Ocean Trail Aerial 40 AAP 09, May. 12, 2009; Ocean Trail Aerial 50 AAP 09, May. 12, 2009; Ocean Trail Aerial 60 AAP 09, May. 12, 2009; Ocean Trail Aerial 10 AAP 09, May. 12, 2009; Ocean Trail Aerial 20 AAP 09, May. 12, 2009; Ocean Trail Aerial 30 AAP 09, May. 12, 2009;



Rapallo West Palm aerial A 2009 AAP, Jun. 18, 2009; Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009; Tesoro Club Aerial A 2009 AAP, Jun. 20, 2009;Flagler Museum aerial A 2009 AAP, Jun. 27, 2009; Tesoro Club Fountain 2009 AAP, Jun. 28, 2009; Admiral's Cove Pano A 2009 AAP, Aug. 4, 2009; Slade Building aerial a 2009, Aug. 5, 2009; Palm Beach Condos sunrise 2009 AAP, Aug. 21, 2009; Ritz Carlton Game Room D 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater C 2009 AAP, Aug. 27, 2009; Resort at Singer Island theater D 2009 AAP, Aug. 27, 2009; Resort at Singer Island pool B 2009 AAP, Aug. 28, 2009;Ritz Carlton spa 2009 AAP, Aug. 28, 2009; Ritz Carlton bar 2009 AAP, Aug. 28, 2009; Resort at Singer Island Fitness 2009 AAP, Aug. 28, 2009; Juno Beach 33, Sept. 26, 2009; West Palm Beach skyline C 2009 AAP, Oct. 24, 2009; Jupiter Inlet 1 AAP 2009, Oct. 29, 2009; Juno Beach Pier AAP 09, Oct. 29, 2009; Tesoro Club Aerial C 2009 AAP, Oct. 29, 2009; Tesoro Club Aerial D 2009 AAP, Oct. 29, 2009;

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 03, 2009
**Nation of 1st Publication:** United States

Page 1 of 2

## Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417 |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 07, 2015 |

EXHIBIT "B"



https://www.a1autotransport.com/jupiter-motorcycle-shipping/

Reliable Jupiter FL Motorcycle Shipping Services



## Jupiter Motorcycle Shipping

Jupiter - Palm Beach, Florida (FL) 33458

### Deliver Your Motorcycle Stress Free

Compare our rates to others
**To Jupiter - Palm Beach, Florida (FL) 33458**

- Deliver Your Car Stress Free and Have Peace of Mind
- Licensed, Bonded and Insured Carriers Near You
- Award Winning Service, Always on Time

Trusted by:



### Estimate your Motorcycle Shipping Cost Free

It takes less than 30 seconds.

Transport FROM *

Transport TO *

Get my free quote now

Living in Jupiter, Florida makes it easier to find reliable motorcycle transport. You have more options than many. Because of all your options, finding the right shipping services at affordable rates is also simple. With professional transporters by your side, the risks are lessened and you can expect your bike's safe delivery.

Before the shipping process, there are some things you will need to do to prepare. The motorcycle needs to be cleaned. The alarm needs disabled and you will need to make sure there is no more than a quarter of a tank of fuel left in the bike. Remove anything from the motorcycle that may cause it to weigh more. The tires should be full of air and all fluids except for fuel should be topped off.



Jupiter - Palm Beach, Florida (FL) 33458

A-1 Auto Transport ships worldwide.
Get a **free, no obligation to buy**, price quote for your shipment.

Get my free quote now

or call us to do it for you: 1-800-452-2880

## Inspect and Care for Your Motorcycle after the Shipping Process.

Make sure the motorcycle is in the same condition after the shipping process. Check it over and even have a mechanic look at for you. If the bike is going to a new owner, inform them of the things they should address when the bike arrives.

- Inspect the motorcycle for damage. This is easier if you took the time to inspect the bike before it left too. Many people take pictures or write down damages that the bike had before its transport.
- Take the motorcycle in for a tune up. If the mechanics notice any damages, see if they could be due to the shipping process.
- Fill up the fuel tank again and all other fluids.
- Register the motorcycle to its new location. Even get a new license with your new address.

Share this content on social media
for a chance to get **up to 15% off** your next shipment.

- Share on Facebook
- Share on LinkedIn
- Share on Twitter

Or

Copy link

## Related content

Discounts and specials →

How to prepare your vehicle →

Company directory →

Cost estimations →

How long will it take? →

Locations we ship to →

Car & Home Moving Guide →

How much will it cost? →

Written By
**Joe Webster**

More by Joe Webster →

Joe Webster began his journey in the auto transport field by attending the University of Southern California (USC), where he graduated with a Bachelor of Business Marketing.

Show more...



**Mylene Rutilant**
It's my number one pick in auto shipping to this day.
★★★★★

Due to the nature of my work, I must relocate every couple of years to where my company needs me. Because of this, I've tested several moving and auto transport companies over the years.

Show more...

**Luis Rodriguez**
You have my full support and recommendation!
★★★★★

I considered selling my car when I moved to Washington. It was old and rusty, but I grew attached to it. So, I called a couple companies to transport it to my new home, but they both fell through.

Show more...

**Cristine Benoit**
I can safely say this is a legit company that will get the job done.
★★★★★

There are a lot of options for auto transport these days, which surprisingly makes it harder to find a good company. I received more than 10 offers to ship my car, but I couldn't decide on any of them.

Show more...

**David Osallo**
We give A1 Auto Transport a big 10 out of 10!
★★★★★

We give A1 Auto Transport a big 10 out of 10! We drive from home to move our car from California to Vermont, once we needed professionals.

Show more...

View all reviews

Visit our social, and see for see what our clients saying about us

    

Google   Facebook   YellowPages   Trustpilot   LinkedIn   Click for Review







