# RETURN OF SERVICE

**U.S. District Court Southern District**  
**State of Florida**

**Style of the Case:** Affordable Aerial Photography, Inc., Plaintiff v. Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads; Et al., Defendant

**Client / Law Firm:** Daniel DeSouza, Esq.

**Case Number:** 2:21cv14309

**Internal Ref. #:** PS-2021-000278

**Court Date:**

Legal documents received by We Serve Process LLC on August 2, 2021 at 3:21 pm to be served upon Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads, 301 Peaceful Oaks Lane, Watsonville, California 95076.

I, __Rosario A Farias__, swear and affirm that on __08/14/21__ at __10:43 AM__, I effectuated service of process by delivering a conformed copy of this **Summons In A Civil Action and Complaint with Exhibits A & B** in the following manner according to state statutes:

__x__ Individual Service  ____ Substitute Service  ____ Posted Service  
____ Corporate Service   ____ Other Type of Service  ____ Non-Service  

____ Name of Person Served: _____ as _____  
__x__ Vitals: M / F   Age __40__   Race __White__   Hair __Brown__   Hgt __6'0"__   Wgt __220__   Glasses Y/N  
____ Military Status: Y / N   Branch of Military: _____  
____ Marital Status: Single   Married   Divorced  
____ Service Attempts: 1) _____ at _____ ; 2) _____ at _____ ; 3) _____ at _____

**Supplemental Data Appropriate to this Service:**  
He was uncooperative. I found him working in the garage and he shut the door on me.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

_[signature]_

Process Server # 101

We Serve Process LLC  
6333 Blue Bay Circle  
Lake Worth, 33467

(561) 305-6470

Internal Job ID: PS-2021-000278

Reference Number: DD-CL-080221