# RETURN OF SERVICE

**U.S. District Court Southern District**                                             **State of Florida**

**Style of the Case:** Affordable Aerial Photography, Inc., Plaintiff v. Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads; Et al., Defendant

**Client / Law Firm:** Daniel DeSouza, Esq.

**Case Number:** 2:21cv14309

**Internal Ref. #:** PS-2021-000279

**Court Date:**

Legal documents received by We Serve Process LLC on August 2, 2021 at 3:21 pm to be served upon Taylor Online Marketing.com, Inc. c/o Tony Taylor (registered agent), 9032 Soquel Drive, Aptos, California 95003.

I, Rosario A Farias, swear and affirm that on 08/30/2021 at 07:05 PM, I effectuated service of process by delivering a conformed copy of this **Summons In A Civil Action and Complaint with Exhibits A & B** in the following manner according to state statutes:

___ Individual Service      ___ Substitute Service        ___ Posted Service
_X_ Corporate Service       ___ Other Type of Service     ___ Non-Service
_X_ Name of Person Served: Sheree Taylor   as wife of Tony Taylor, Agent for Service
_X_ Vitals: M/F  Age 40  Race White  Hair Blonde  Hgt 5'5"  Wgt 130  Glasses Y/N
___ Military Status: Y / N   Branch of Military: _____
___ Marital Status: Single   Married   Divorced
___ Service Attempts: 1) ___ at ___ ; 2) ___ at ___ ; 3) ___ at ___

**Supplemental Data Appropriate to this Service:**
After unsuccessful attempts at the listed address, the paper was served at an alternate residential address for the Registered Agent, Tony Taylor: 301 Peaceful Oaks Ln, Watsonville, CA 95076

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

*[signature]*

Process Server # 101

We Serve Process LLC
6333 Blue Bay Circle
Lake Worth, 33467

(561) 305-6470

Internal Job ID: PS-2021-000279

Reference Number: DD-CL-080221

Copyright © 2019 Santarlas Global, LLC.