## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

PLAINTIFF(S)

CASE NUMBER
2:21–cv–14309–AMC

v.

TONY TAYLOR, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead

to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Tony Taylor also known as Anthony Taylor also known as A–1 Auto Transport, Inc. also known as Auto Transport Broker Leads**
**Taylor Online Marketing.com, Inc.**

as of course, on the date September 22, 2021.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ *Carlos Davis*_
Deputy Clerk

cc:  Judge Aileen M. Cannon
    Affordable Aerial Photography, Inc.

CV−37 (10/01)