# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:21-cv-14309-AMC

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

TONY TAYLOR a/k/a ANTHONY TAYLOR
a/k/a A-1 AUTO TRANSPORT, INC. a/k/a
AUTO TRANSPORT BROKER LEADS and
TAYLOR ONLINE MARKETING.COM, INC.

    Defendants.

## DECLARATION OF DANIEL DESOUZA

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of plaintiff Affordable Aerial Photography, Inc.'s ("Plaintiff") Motion for Entry of a Final Judgment of Default and Incorporated Memorandum of Law. This declaration and the facts stated herein are based upon my personal knowledge.

2. I have been a member in good standing of the New York Bar since 2005 and the Florida Bar since 2006. I am one of two principal shareholders of the law firm CopyCat Legal PLLC ("CopyCat Legal"), which has provided legal services to Plaintiff in this action throughout the pendency of this action.

3. I am a 2004 graduate of the George Washington University Law School and am admitted to both the Florida Bar and the New York Bar. I am likewise admitted to several federal courts throughout the country, including: (a) the United States Court of Appeals for the Eleventh

Circuit; (b) the United States Court of Appeals for the Eighth Circuit; (c) the United States District Court for the Southern District of Florida; (d) the United States District Court for the Middle District of Florida; (e) the United States District Court for the Southern District of Texas; (f) the United States District Court for the Southern District of New York; and (g) the United States District Court for the Eastern District of New York.  I previously worked at Milbank, Tweed, Hadley & McCloy LLP (from 2004 – 2010) and Becker & Poliakoff, PA (from 2010 – 2014) before forming DeSouza Law, P.A. in 2014 and CopyCat Legal in 2019.

4. Since 2004, my practice has principally focused on business/complex commercial and intellectual property litigation.  During that time, I have served as counsel of record in dozens of copyright infringement, trade secret, and trademark infringement lawsuits.  In total, I have served as counsel of record in approximately 150 federal civil and/or bankruptcy actions and 250+ state court lawsuits in Florida/New York.

5. The purpose of this declaration is to memorialize the fees for legal services, costs, and expenses provided by CopyCat Legal in the above-captioned case through the present date.

6. CopyCat Legal establishes standard hourly rates for services provided by its attorneys.  These rates are within the range charged by other lawyers in South Florida and are fair and reasonable rates for this type of work.

7. I am familiar with the services provided to Plaintiff in this action and the rates charged for such work.

8. The attorneys and paralegals at CopyCat Legal record the time spent on matters contemporaneously on electronic billing software/time sheets.  Each time entry includes the date the work is performed, the client and matter numbers, the time spent, and a brief description of the nature of the work performed.

9. Through the present date, I expended 9.4 hours of attorney time in prosecuting this matter on Plaintiff's behalf. This includes the time spent to investigate the alleged infringement, drafting an initial notice letter to Defendants, drafting the Complaint in this matter, drafting the Motion for Entry of Default Judgment, and drafting the exhibits/supporting declarations for such motion. All of these time entries are reflected in CopyCat Legal's billing records that are being provided in connection herewith as **Exhibit "1."**

10. Other than myself, a paralegal (Hali Thomas) at CopyCat Legal also expended .3 hours of time in prosecuting this matter (preparing the motion for Clerk's default and confirming Defendants' failure to timely respond to the Complaint).

11. My billable rate for copyright/intellectual property matters at CopyCat Legal is $450.00 per hour and the rate for paralegals (such as Ms. Thomas) is $125.00 per hour. This rate is within the range charged by other lawyers in South Florida with similar experience/background and is fair and reasonable for this type of work. See, e.g. Shelton v. Liberty Mut. Fire Ins. Co., No. 8:12-cv-2064-T-30AEP, 2014 U.S. Dist. LEXIS 19874, at *6 (M.D. Fla. Feb. 18, 2014) (finding $425.00 per hour reasonable for AV-rated lead attorney who "has been practicing for nearly 17 years"); Ikpe v. Kreative Therapy & Rehab Ctr., Inc., Case No. 18-23217-CIV, 2019 U.S. Dist. LEXIS 47106, at *2 (S.D. Fla. Mar. 20, 2019) (J. Williams) (holding that $400.00 per hour was a reasonable rate for an attorney with 16 years of experience in an FLSA case); ADT LLC, v. Sec. Networks, LLC, No. 12-81120-Civ-Hurley/Hopkins, 2018 U.S. Dist. LEXIS 5974, at *25 (S.D. Fla. Jan. 11, 2018) (finding rates of $425.00 - $440.00 per hour reasonable for attorney with over 15 years experience, admitted to multiple states, and who practices complex commercial litigation); Bork v. Quynh, No. 2:19-cv-354-FtM-38MRM, 2020 U.S. Dist. LEXIS 202810, at *4 (M.D. Fla. Oct. 14, 2020) (hourly rate of $450.00 per hour reasonable for 10-year attorney in

Case 2:21-cv-14309-AMC Document 11-2 Entered on FLSD Docket 09/24/2021 Page 4 of 13

copyright infringement lawsuit); <u>Newman v. Eduardo Meloni, P.A.</u>, No. 0:20-CV-60027-UU, 2020 U.S. Dist. LEXIS 163064, at *2 (S.D. Fla. Sept. 4, 2020) (finding a $450 per hour requested rate reasonable in class action lawsuit for senior partner with sixteen years of experience and a $350 per hour requested rate reasonable for associate with more than five years of experience); <u>Parrot, Inc. v. Nicestuff Distrib. Int'l, Inc.</u>, 2010 U.S. Dist. LEXIS 16128, 2010 WL 680948, at *12 (S.D. Fla. Feb. 24, 2010) (finding reasonable hourly rates for commercial litigator with 22 years of experience to be in the range of $475.00 - $500.00).

12. I am familiar with the lodestar method of determining the reasonableness of attorneys' fees, which the Florida Supreme Court referenced in <u>Florida Patient's Compensation Fund v. Rowe</u>, 472 So. 2d 1145, 1149-52 (Fla. 1985). The fees charged are reasonable for the services provided to Plaintiff.

13. In addition, CopyCat Legal incurred $764.40 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable. This includes $120.00 for service of process on defendant Tony Taylor, 242.40 for service of process on defendant Taylor Online Marketing.com, LLC, and $402.00 in filing fees. Service on Taylor Online Marketing.com, LLC was made more difficult by the fact that (as reflected by the return of service) the company failed to maintain a registered agent in its office and refused to accept service. Plaintiff was therefore forced to attempt service at Taylor's home who, after already being personally served, evaded service for several attempts.

14. To the extent the Court awards prejudgment interest, I have endeavored to calculate the amount of such based on the damages amount sought by the Motion ($92,500.00), a start date of September 29, 2018 (the earliest known date of infringement), and an end date of September 24, 2021. I note that, while courts generally agree that prejudgment interest is available on awards

4
COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

of copyright infringement, they disagree with respect to whether such rate is based upon the forum state's interest, the 52-week treasury bill rate, or the Prime rate.  See, e.g. Yellow Pages Photos, Inc. v. Ziplocal, LP, No. 8:12-cv-755-T-26EAJ, 2014 U.S. Dist. LEXIS 83014, at *4 (M.D. Fla. June 18, 2014) (aggregating legal authority and applying Florida statutory rate to copyright infringement award.  While the Ninth Circuit appears to have adopted the 52-week Treasury bill rate (see Sweet People Apparel, Inc. v. Chang Grp. LLC, No. CV 16-3139-RSWL-JPRx, 2017 U.S. Dist. LEXIS 87576, at *22 (C.D. Cal. June 6, 2017)), there does not otherwise appear to be uniformity by the federal courts in what prejudgment interest rate applies.  See, e.g. Ez-XBRL Sols, Inc. v. Chapke, Civil Action No. 1:17-cv-700 (LMB/TCB), 2018 U.S. Dist. LEXIS 224803, at *34 (E.D. Va. Sep. 25, 2018) (applying Virginia state interest rate); Garden World Images, Ltd. v. Wilsonbrosgardens.com LLC, No. 1:19-cv-01035-AT, 2019 U.S. Dist. LEXIS 227867, at *18 (N.D. Ga. Oct. 31, 2019) (applying the 52-week Treasury bill rate).  Given the uncertainty on the subject, I have endeavored to calculate the prejudgment (simple) interest amount based on the Florida statutory rate[1] (below table).  If requested by the Court, I will provide a calculation based some other prejudgment interest rate as appropriate.

| $92,500.00 Statutory Award | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Start Date | End Date | Rate | Days | Total Interest | Total |
| | | | | | |
| 9/29/2018 | 9/30/2018 | 4.25% | 2 | $21.54 | |
| 10/1/2018 | 12/31/2018 | 6.09% | 92 | $1,419.89 | |
| 1/1/2019 | 3/31/2019 | 6.33% | 90 | $1,443.76 | |
| 4/1/2019 | 6/30/2019 | 6.57% | 91 | $1,515.15 | |

---

[1]     See https://www.myfloridacfo.com/division/aa/localgovernments/current.htm and https://www.myfloridacfo.com/Division/AA/LocalGovernments/Historical.htm.

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2019 | 9/30/2019 | 6.77% | 92 | $1,578.43 | |
| 10/1/2019 | 12/31/2019 | 6.89% | 92 | $1,606.41 | |
| 1/1/2020 | 3/31/2020 | 6.83% | 91 | $1,575.11 | |
| 4/1/2020 | 6/30/2020 | 6.66% | 91 | $1,535.91 | |
| 7/1/2020 | 9/30/2020 | 6.03% | 92 | $1,405.90 | |
| 10/1/2020 | 12/31/2020 | 5.37% | 92 | $1,252.02 | |
| 1/1/2021 | 3/31/2021 | 4.81% | 90 | $1,097.08 | |
| 4/1/2021 | 6/30/2021 | 4.31% | 91 | $993.96 | |
| 7/1/2021 | 9/24/2021 | 4.25% | 86 | $936.27 | |
| | | | | | |
| | | | | | **$16,381.43** |

15. In pursuing this lawsuit, CopyCat Legal endeavored to determine the exact date on which the Work was published to Defendants' website. This is a somewhat easier process with social media (e.g. Facebook, Twitter, etc.) where an exact publish date can usually be seen from the posting itself.

16. With respect to photographs residing on a website, CopyCat Legal uses a variety of publicly-available tools to determine publish date. These tools include the Internet Wayback Machine (https://archive.org/web/) which can be used to view historical captures of a website on a particular date. Here, the Internet Wayback Machine was not helpful because, although the site has 702 captures of www.a1autotransport.com (the main page of Defendants' website) dating back to June 2, 2002, it only has 4 captures of the specific sub-page at issue (3 of which were initiated by CopyCat Legal in an effort to preserve the evidence of Defendants' infringement) – all of which are in 2021.

17. CopyCat Legal likewise endeavored to review the specific URL address of the Work as published to Defendants' website (https://a1auto.sfo2.cdn.digitaloceanspaces.com/media/jupiter.jpg). The URL address itself will

often reveal a year and/or month that a photograph is published to a website. For example, the website for the United States District Court for the Southern District of Florida (https://www.flsd.uscourts.gov/) publishes various photos of its courthouse locations. The URL address of those specific photos shows that they were published to the website in "2015" (e.g. https://www.flsd.uscourts.gov/sites/flsd/files/2015WebCourthouse15.gif). Unfortunately, the URL for the Work as it exists on Defendants' website does not itself provide any clues as to its publish date.

18. CopyCat Legal also used registration data lookup (e.g. https://lookup.icann.org/) and EXIF data search tools (e.g. http://metapicz.com/#landing and http://exif.regex.info/exif.cgi), but those tools did not reveal any information helpful in determining when the Work was published to the Website.

19. The only information that was of limited use was an inspection of the 'Page Source' of the particular sub-page on which the Work was published. By reviewing the underlying text code, 2 comments thereon were revealed as being published on September 29, 2018 and September 30, 2018, respectively. This indicates that the sub-page existed at least as early as September 29, 2018. Notably, there does not appear to have been any changes/alterations to the sub-page until after CopyCat Legal sent an infringement notice to Defendants in July 2021. At that time, Defendants swapped out the Work for another professional aerial photograph. It is unknown whether Defendants properly licensed that photograph, though it should be noted that Defendants publish hundreds of professional photographs on their website.

20. Prior to filing this lawsuit, the attorneys and paralegals at CopyCat Legal made multiple attempts to contact Defendants with respect to the July 2021 infringement notice. Those attempts were largely ignored until July 29, 2021 when our firm spoke to who is believed to be

Tony Taylor.  Upon explanation of what the telephone call was about, Mr. Taylor expressed no remorse for his actions, instead challenging that "real men file lawsuits rather than call and harass" and "if a lawsuit is filed," Plaintiff will assuredly "lose the case."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2021                  /s/ Daniel DeSouza
                    Daniel DeSouza

**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228



**Affordable Aerial Photography, Inc.**
1938 Grey Falcon Circle SW
Vero Beach, FL 32962

| | |
|---|---|
| **Balance** | $5,031.90 |
| **Invoice #** | 00102 |
| **Invoice Date** | September 24, 2021 |
| **Payment Terms** | |
| **Due Date** | |

**Affordable Aerial Photography, Inc. v. Tony Taylor aka Anthony Taylor aka A-1 Auto Transport, Inc. aka Auto Transport Broker Leads and Taylor Online Marketing.com, Inc.**

 Securely pay online with your credit card

https://copycat-legal-pllc.mycase.com/xakaw427

### Time Entries

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 07/04/2021 | DD | Time | Review background information provided by client and research identity/corporate structure of defendant infringer (1.6); draft demand letter and complaint (2.1). | $450.00 | 3.7 | $1,665.00 |
| 07/29/2021 | DD | Time | Telephone calls to defendants, including speaking with T. Taylor (.2). | $450.00 | 0.2 | $90.00 |
| 09/21/2021 | HT | Time | Review case file as to due date for Defendants' response to Complaint (.1); draft motion for clerk default (.2). | $125.00 | 0.3 | $37.50 |
| 09/23/2021 | DD | Time | Research public sources (Wayback, EXIF viewers, who.is, etc.) re publication date of photo (1.2); draft motion for default final judgment and supporting declarations (4.3). | $450.00 | 5.5 | $2,475.00 |
| | | | | Totals: | **9.7** | **$4,267.50** |

### Expenses

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 08/02/2021 | HT | Complaint Filing Fee | Filed Complaint with the Southern District of Florida | $402.00 | 1.0 | $402.00 |
| 08/23/2021 | HT | Process Server | Service on Tony Taylor by We Serve Process LLC - Invoice PS-2021-00278 | $120.00 | 1.0 | $120.00 |
| 09/08/2021 | HT | Process Server | Service on Taylor Online Marketing by We Serve Process LLC - Invoice no. PS-2021-000279 | $242.40 | 1.0 | $242.40 |

| | |
|---|---:|
| Expense Total: | **$764.40** |

| | |
|---|---:|
| Time Entry Sub-Total: | $4,267.50 |
| Expense Sub-Total: | $764.40 |
| **Sub-Total:** | $5,031.90 |
| **Total:** | $5,031.90 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$5,031.90** |

## Daniel DeSouza

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, August 2, 2021 1:51 PM |
| **To:** | Daniel DeSouza |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

  Account Number: 5799158
  Court: FLORIDA SOUTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: AFLSDC-14892599
  Approval Code: 01013G
  Card Number: ************9828
  Date/Time: 08/02/2021 01:50:33 ET

NOTE: This is an automated message. Please do not reply

# INVOICE

**We Serve Process LLC**
6333 Blue Bay Circle
Lake Worth, Florida 33467

(561) 305-6470 (w)

**FEIN:** 82-3965012

INVOICE # PS-2021-000278

DATE: August 23, 2021

**CLIENT BILLED:**

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, Florida 33065

(877) 437-6228

**CASE INFORMATION:**

2:21cv14309

Plaintiff: Affordable Aerial Photography, Inc.

Defendant: Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads; Et al.

Received: 8/2/2021     Completed: 8/14/2021

To be Served on: Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| DD-CL-080221 | Daniel DeSouza, Esq. | Due on August 14, 2021 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Service Fee (Out of State) | $120.00 | $120.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | | | |

SUBTOTAL         $120.00
SALES TAX         $0.00
RETAINER PAID     $0.00

**TOTAL DUE**     **$120.00**

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
301 Peaceful Oaks Lane, Watsonville, California 95076

Make all checks payable to We Serve Process LLC.
Please enclose a copy of this Invoice with your payment.
Payment of this Invoice is not contingent upon reimbursement from your client.
If you have any questions concerning this Invoice, please contact:
Gerrard T. Queen AP, We Serve Process LLC, 561-305-6470, gqueen@weserveprocessfl.com

# INVOICE

**We Serve Process LLC**
6333 Blue Bay Circle
Lake Worth, Florida 33467

(561) 305-6470 (w)

**FEIN:** 82-3965012

INVOICE # PS-2021-000279

DATE: September 8, 2021

**CLIENT BILLED:**

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, Florida 33065

(877) 437-6228

**CASE INFORMATION:**

2:21cv14309

Plaintiff: Affordable Aerial Photography, Inc.

Defendant: Tony Taylor a/k/a Anthony Taylor a/k/a A-1 Auto Transport, Inc. a/k/a Auto Transport Broker Leads; Et al.

Received: 8/2/2021    Completed: 8/30/2021

To be Served on: Taylor Online Marketing.com, Inc. c/o Tony Taylor (registered agent)

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| DD-CL-080221 | Daniel DeSouza, Esq. | Due on August 30, 2021 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | Service Fee (Out of State) | $120.00 | $240.00 |
| 24 | Additional Pages Printed >30x$0.10 | $0.10 | $2.40 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | | | |

| | |
|---|---|
| SUBTOTAL | $242.40 |
| SALES TAX | $0.00 |
| RETAINER PAID | $0.00 |
| **TOTAL DUE** | **$242.40** |

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
9032 Soquel Drive, Aptos, California 95003

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Additional Address: 301 Peaceful Oaks Ln, Watsonville, CA 95076

Make all checks payable to We Serve Process LLC.
Please enclose a copy of this Invoice with your payment.
Payment of this Invoice is not contingent upon reimbursement from your client.
If you have any questions concerning this Invoice, please contact:
Gerrard T. Queen AP, We Serve Process LLC, 561-305-6470, gqueen@weserveprocessfl.com